

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00097-CV
_____

IN RE:  BILLY RAY JOHNSON BY AND
THROUGH NEXT FRIEND LUE WILSON

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Counsel has filed a petition asking this Court to issue a writ of mandamus against Judge John Ovard, Administrative Judge of the First Administrative Region, in Dallas, Texas. In the petition, counsel complains because Ovard did not direct that a hearing be held on a motion that they filed seeking to recuse a district judge.

This Court has jurisdiction to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004). Dallas County is not within the territorial jurisdiction of this Court, and Ovard is not a judge of a district or county court within our district. *See* TEX. GOV'T CODE ANN. § 22.201(g). We have no jurisdiction over this petition.

We deny the petition for writ of mandamus.


Jack Carter
Justice


Date Submitted: September 9, 2008
Date Decided: September 10, 2008


2